NOT FOR PUBLICATION (Doc. Nos. 10, 11)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

|  |  |  |
|---|---|---|
| SOUTH JERSEY GAS COMPANY, | : | |
|  | : | |
| Plaintiff, | : | Civil No. 09-4194 (RBK-JS) |
|  | : | |
| v. | : | **ORDER** |
|  | : | |
| MUELLER COMPANY, LTD., MUELLER GROUP, LLC, ECLIPSE INC., ROCKFORD ECLIPSE, INC., ECLIPSE COMBUSTION AND/OR POWER EQUIPMENT CO., et al., | : | |
|  | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon a motion by Defendants Mueller Company, LTD and Mueller Group, LLC (collectively, "Mueller Defendants") to dismiss the Complaint of Plaintiff South Jersey Gas Company ("Plaintiff") for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, for summary judgment, and upon a motion by Defendants Eclipse, Inc., Rockford Eclipse, Inc., and Eclipse Combustion and/or Power Equipment, Co. (collectively, "Eclipse Defendants") to dismiss Plaintiff's Complaint for failure to state a claim; and the Court having considered the submissions of the parties; and for the reasons expressed in an Opinion issued today;

**IT IS HEREBY ORDERED** that the Mueller Defendants' alternative motion for summary judgment is **GRANTED**; and

Plaintiff is **HEREBY NOTIFIED** that the Court will treat the Eclipse Defendants' motion to dismiss as one for summary judgment pursuant to Federal Rule of Civil Procedure 12(d); and

**IT IS FURTHER ORDERED** that Plaintiff has until May 7, 2010 to respond to the converted motion.


Dated: 4-27-2010                                                          /s/ Robert B. Kugler
                                                                          ROBERT B. KUGLER
                                                                          United States District Judge