NOT FOR PUBLICATION (Doc. No. 11)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| SOUTH JERSEY GAS COMPANY, | : | |
| Plaintiff, | : | Civil No. 09-4194 (RBK-JS) |
| v. | : | **ORDER** |
| MUELLER COMPANY, LTD., MUELLER GROUP, LLC, ECLIPSE INC., ROCKFORD ECLIPSE, INC., ECLIPSE COMBUSTION AND/OR POWER EQUIPMENT CO., et al., | : | |
| Defendants. | : | |

**THIS MATTER** having come before the Court upon a motion by Defendants Eclipse Inc., Rockford Eclipse, Inc., Eclipse Combustion and/or Power Equipment Co. (collectively, the "Eclipse Defendants") for summary judgment; and for the reasons expressed in an Opinion issued this day;

**IT IS HEREBY ORDERED** that the Eclipse Defendants' motion for summary judgment is **GRANTED**.


Dated: 5-26-2010                                          /s/ Robert B. Kugler
                                                          ROBERT B. KUGLER
                                                          United States District Judge