NOT FOR PUBLICATION (Doc. No. 36)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
### CAMDEN VICINAGE

| | |
|---|---|
| SOUTH JERSEY GAS COMPANY, : | |
| Plaintiff, : | |
| : | Civil No. 09-4194 (RBK/JS) |
| v. : | |
| : | **ORDER** |
| MUELLER COMPANY, LTD., et al., : | |
| Defendants. : | |

**THIS MATTER** having come before the Court upon the motion of Plaintiff South Jersey Gas Company for reconsideration of the Court's April 27, 2010 Opinion and Order (the "Opinion and Order") granting Defendants Mueller Company, LTD and Mueller Group, LLC's motion for summary judgment; and the Court having considered the submissions of the parties:

**IT IS HEREBY ORDERED** that, for the reasons discussed in the Court's accompanying Opinion, Plaintiff's motion for reconsideration is **DENIED**.

Dated: 10/20/10  /s/ Robert. B. Kugler
ROBERT B. KUGLER
United States District Judge