IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SOUTH JERSEY GAS COMPANY,     :
                                       :

                 Plaintiff,      :     CIVIL ACTION NO. 1:09-CV-04194-RBK-JS
                                         :

       vs.                       :
                                       :

MUELLER COMPANY, LTD.,       :
MUELLER GROUP, LLC, ECLIPSE,  :
INC., ROCKFORD ECLIPSE, INC.,   :
ECLIPSE COMBUSTION AND/OR   :
POWER EQUIPMENT CO. AND XYZ :
ENTITY (A-Z),                  :
                                       :

              Defendants   :

## **PRAECIPE TO SUBSTITUTE CORRECTED PROPOSED AMENDED COMPLAINT**

**TO THE CLERK:**

      The Proposed Amended Complaint, which was attached as Exhibit "A" to Plaintiff South Jersey Gas Company's Motion for Leave to File Amended Complaint (Docket No. 62) contained an inadvertent typographical error.  Please substitute the corrected Proposed Amended Complaint, which is attached as Exhibit 1 to this Praecipe, for the exhibit originally filed.

                         Respectfully submitted,

                         COZEN O'CONNOR, PC

                         Attorneys for Plaintiff, South Jersey Gas Company

                         By:___*/s/ Dexter Hamilton*_____
                               Daniel J. Bitonti, Esquire
                             Dexter Hamilton, Esquire
                             Suite 300, Liberty View
                             457 Haddonfield Road
                             P.O. Box 5459
                             Cherry Hill, New Jersey 08002-2220

Date:  June 22, 2011

## CERTIFICATE OF SERVICE

I hereby certify that, on June 22, 2011, I caused a true and correct copy of the foregoing

Praecipe to Substitute Corrected to be served to the following counsel via ECF service:

Jeannette E. Viala, Esquire
O'Connor Kimball, LLP
1500 JFK Blvd., Suite 1100
Philadelphia, PA  19102

Tiffany Alexander, Esquire
Campbell, Campbell, Edwards & Conroy, PC
690 Lee Road, Suite 300
Wayne, PA  19087

By:   */s/ Dexter Hamilton*
          Dexter Hamilton, Esquire